1 Weld County Board of County Commissioners, Petitioner v. Jill Hunsaker Ryan, in her official capacity as the Executive Director of the Colorado Department of Public Health and Environment; Colorado Department of Public Health and Environment; and Colorado Air Quality Control Commission, an agency of the State of Colorado. Respondents No. 22SC242
Supreme Court of Colorado, En Banc
November 21, 2022

 Court
 of Appeals Case No. 20CA1445

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 the division erred when applying the "Rule of
 Martin" to dismiss Weld County's action for
 judicial review of a rule promulgated by the Air Quality
 Control Commission ("Commission"), by holding that
 Weld County is (1) subordinate to the Commission in the
 context of air quality control and (2) that the Colorado
 General Assembly has not granted Weld County an express
 statutory right to seek judicial review of the
 Commission's rulemaking.

 [REFRAMED]
 Whether this Court should review and clarify Martin v.
 District Court, 550 P.2d 864 (1976).

 DENIED
 AS TO ALL OTHER ISSUES.